UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIE WRIGHT,

     Plaintiff,

v.

BRIA MORRIS, *et al.*,

     Defendant.

Case No. 21-cv-11491
Hon. Matthew F. Leitman

_____/

## JUDGMENT

In accordance with the Court's Order (1) Adopting Recommended Disposition of Report and Recommendation (ECF No. 40); (2) Denying Defendants' Motion for Summary Judgment as Moot (ECF No. 15); and (3) Granting Defendants' Motion to Dismiss (ECF No. 31), dated September 8, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan_____
       Deputy Clerk

Approved:

s/Matthew F. Leitman_____
MATTHEW F. LEITMAN
United States District Judge

Dated:  September 8, 2022
Detroit, Michigan

1